In the Matter of the Application of Brooklyn Bar Association in Respect of James Virdone, Admitted as an Attorney and Counselor at Law under the Name of James Verdone.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Petition of Gussie Weinberg for the Removal of the Bodies of Louis Feuer, etc., and Leica Feuer, etc., Decedents, from Mount Zion Cemetery, Maintained and Operated by the Elmwier Cemetery Association, Inc. Gussie Weinberg, Respondent; Congregation Chevra Rodfe Zedek Anshei Bolschovce, etc., Appellant. In the Matter of the Petition of Augusta Rubien for the Removal of the Body of Isaac Friedman from Mount Zion Cemetery, Maintained and Operated by the Elmweir Cemetery Association, Inc. Augusta Rubien, Respondent; Congregation Chevra Rodfe Zedek Anshei Bolschovce, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

Martin Jacobson and Another, Respondents, v. Art Storage and Moving Co., Inc., and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

Jamaica National Bank of New York, Plaintiff, v. Beatrice Bach and Harry Bach, Respondents, and Benjamin B. Wesley, Defendant and Assignee of Plaintiff, Jamaica National Bank of New York, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

Fred Korndoerfer, Appellant, v. The National Bank of Far Rockaway, John R. Burton, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

Abe Lowenhar, Appellant, v. Commercial Outfitting Co., Inc., and Samuel Fine, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 211.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

John F. McCarthy, Appellant, v. Reichsbank, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 1016.] The following question is certified: Was the order vacating the warrant of attachment against the property of the defendant properly made? Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

M. Stanley Metz, Respondent, v. Dorsan Realty Corp., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.